1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEREK OWENS  (CABN 230237)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California  94102
   Telephone:  (415) 436-6488
7  Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR 3-11-70345 JL
                                      )
15        Plaintiff,                  )
                                      )   STIPULATION AND [P̶R̶O̶P̶O̶S̶ED]
16     v.                             )   ORDER CONTINUING HEARING TO
                                      )   JUNE 7, 2011 AT 9:30 A.M. AND
17  VICTOR SANTOS,                    )   EXCLUDING TIME FROM MAY 17, 2011
                                      )   THROUGH JUNE 7, 2011
18        Defendant.                  )
                                      )
19

20

21       On April 27, 2011, the parties in this case appeared before the Court for preliminary

22  hearing on a criminal complaint.  At that time, the parties requested and the Court agreed to set

23  the preliminary hearing for May 17, 2010.  Since that April 17 appearance, the parties have been

24  in discussions regarding a proposed resolution.  The parties have not reached a resolution on the

25  case, however believe that continued discussions are in the interests of the defendant and the

26  government.  The defendant is not in custody.  An additional three weeks will allow the parties

27  enough time to come to a resolution on the case, and the time is required for the effective

28  preparation of defense counsel in representation of defendant.

STIP. AND ORDER
CR 3-11-70345 JL

1  The parties hereby jointly and respectfully request that the Court continue this matter to Tuesday, June 7, 2011 at 9:30 a.m., before the duty Magistrate Judge Elizabeth D. Laporte for a preliminary hearing.

The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 17, 2011 through June 7, 2011. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represent that granting the continuance is the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                            MELINDA HAAG
                                            United States Attorney

DATED:   5/16/2011             /s/ Derek Owens
                                            DEREK OWENS
                                            Assistant United States Attorney

DATED:   5/16/2011             /S/ Brendan Conroy
                                            BRENDAN CONROY
                                            Attorney for the Defendant

For the reasons stated above, the Court hereby vacates the May 17, 2011 hearing before Magistrate Judge Edward M. Chen and continues it to Tuesday, June 7, 2011 at 9:30 a.m., before the duty Magistrate Judge Elizabeth D. Laporte for a preliminary hearing. The Court further finds that an exclusion of time from May 17, 2011 through June 7, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the

1  defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d).  The failure to grant
2  the requested continuance would deny the defendant of continuity of counsel and would deny
3  defense counsel the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
5  §3161(h)(7)(B)(iv).

7  SO ORDERED.

9  DATED:  5/16/11
10                                                                    THE                                               M. CHEN
                                                                      United



STIP. AND ORDER
CR 3-11-70345 JL                                3